UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:15-cv-12939-LTS

METROPOLITAN PROPERTY AND CASUALTY
INSURANCE COMPANY, and THE COMMERCE
INSURANCE COMPANY,

Plaintiffs and Counterclaim-Defendants,

v.

SAVIN HILL FAMILY CHIROPRACTIC, INC.,
LOGAN CHIROPRACTIC, INC., and, LAW
OFFICES OF JEFFREY S. GLASSMAN, LLC,

Defendants and Counterclaim-Plaintiffs,

and

METRO COACH, INC., JEFFREY S.
GLASSMAN, ESQ., BRANDY SOTO, HEGER
ASENJO, KENNETH RAMOS, TONY RAMOS,
WILLIAM HERNANDEZ, RICHARD
MCGOVERN, D.C., MARSELLA IMONTI, D.C.,
ALLISON ROBIN, D.C.,CHARLES RONCHETTI,
D.C., TARA O'DESKY, D.C., ARISMENDY
RAMOS, MAXIMO SOTO, APRIL STEWART,
TANISHA RAMOS, and KARLA MENDOZA,

Defendants.

## MOTION TO WITHDRAW AS COUNSEL FOR SAVIN
## HILL FAMILY CHIROPRACTIC, INC., LOGAN CHIROPRACTIC,
## INC., METRO COACH, INC., KENNETH RAMOS AND TONY RAMOS

NOW COME Devine, Millimet & Branch, P.A. ("DMB") and the undersigned counsel,

attorneys for Savin Hill Family Chiropractic, Inc., Logan Chiropractic, Inc., Metro Coach, Inc.

(together, the "Clinics"), Kenneth Ramos and Tony Ramos (all collectively, the "Savin Hill

Parties"), and respectfully submit this motion to withdraw as counsel pursuant to L.R. 83.5.2(c)(2), stating as follows:

1.      DMB represents the Savin Hill Parties in this matter.

2.      The Savin Hill Parties have substantially failed to fulfill their obligations to DMB for its services, and DMB has provided ample, reasonable and repeated notice that it must withdraw unless those obligations are fulfilled.  *See* Massachusetts Rules of Professional Conduct Rule 1.16(b)(5).

3.      Continued representation will result in an unreasonable financial burden on DMB. *Id.*, at 1.16(b)(6).

4.      Other good cause for withdrawal exists as there has been a significant breakdown in the attorney-client relationship and communication that prevents DMB from being able to represent the Savin Hill parties effectively moving forward.

5.      Moreover, Attorney Brendan Mitchell, who had at all times acted as primary counsel for the Savin Hill Parties in this matter, is leaving DMB as of July 31, 2018, and will not be continuing in private practice.  There is no other remaining attorney with any meaningful understanding of this case.

6.      This matter has not been scheduled for trial and there are no scheduled hearings. Presently pending before the Court is plaintiffs' partial motion to dismiss the Amended Counterclaim of Savin Hill Family Chiropractic, Inc. and Logan Chiropractic, Inc. (Doc. No. 636). Savin Hill and Logan Chiropractic filed their opposition to that motion on January 10, 2018 (Doc. No. 644) and plaintiffs submitted a reply brief on June 4, 2018 (Doc. No. 728).  The Court has not issued a ruling or scheduled a hearing.

1

7.      There is presently ongoing production of hard copy patient files and other discovery.  The Court has ordered that the Clinics produce electronic patient records by August 6, 2018.  The Non-expert discovery does not close until October 26, 2018, expert discovery does not close until March 8, 2019 and the dispositive motion deadline is April 5, 2019.

8.      To ensure that the Savin Hill Parties will have time to comply with their current discovery obligations, undersigned counsel requests that the Court stay all pending deadlines for 30 days to allow the Savin Hill Parties to obtain successor counsel.

9.      To the extent the Court requires additional information, undersigned counsel requests the opportunity to provide that information *in camera* so as to best protect the attorney-client privilege.

10.     Counsel has served a copy of this Motion on the Savin Hill Parties.  The Savin Hill Parties have indicated that they do not assent.

WHEREFORE, DMB and the undersigned counsel respectfully request that this Court:

A.  Grant this Motion to Withdraw and allow Devine, Millimet & Branch, P.A. and the undersigned counsel to withdraw as counsel for the Savin Hill Parties;

B.  Stay all current discovery obligations of the Savin Hill Parties for 30 days to allow them to obtain successor counsel; and

C.  Grant such other and further relief as this Court deems just.

Respectfully submitted,

DEVINE, MILLIMET & BRANCH,
PROFESSIONAL ASSOCIATION,


/s/ Matthew R. Johnson
Matthew R. Johnson, BBO #636297
mjohnson@devinemillimet.com
111 Amherst Street
Manchester, NH  03101
Tel:    (603) 669-1000
Fax:    (603) 666-4288


## CERTIFICATION OF GOOD FAITH ATTEMPT TO REACH CONCURRENCE

Pursuant to L.R. 7.1, the undersigned hereby certifies that Devine, Millimet & Branch sought the concurrence of the Savin Hill Parties to the requested relief by telephone on July 13, 2018 and have since discussed it with the Savin Hill Parties on a number of other occasions, including most recently on July 27, 2018.  The Savin Hill Parties do not concur.

/s/ Matthew R. Johnson
Matthew R. Johnson, Esq.


Dated: July 30, 2018

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 30, 2018, a true copy of the above document was filed with the clerk of court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.  I further certify that I caused a true copy of the above document to be served on each of the following via first class mail and electronic mail.

Kenneth Ramos                                           Tony Ramos
Individually and on behalf of                          Individually and on behalf of
Savin Hill Family Chiropractic, Inc. and               Metro Coach, Inc.
Logan Chiropractic, Inc.                               22 Childs Street - #2
571 Broadway                                           Lynn, MA 01905
Lynnfield, MA 01940


/s/ Matthew R. Johnson
Matthew R. Johnson

\\MHT-WORLDOX\MHT$\WDOX\DOCS\CLIENTS\025822\104082\M3920755.DOCX

4