UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 1:15CV-12939-LTS

METROPOLITAN PROPERTY and
CASUALTY INSURANCE COMPANY, and
THE COMMERCE INSURANCE COMPANY,

    Plaintiffs,

v.

SAVIN HILL FAMILY CHIROPRACTIC, INC.
et al.

    Defendants.

## NON-PARTY RICHIE HERNANDEZ MOTION TO QUASH OBJECTION, AND PROTECTIVE ORDER

NOW COMES, non-party Richie Hernandez, (*hereinafter* "Mr. Hernandez") in the above-entitled action and respectfully requests this Honorable Court grant this Motion to Quash Keeper of Records Subpoenas issued to TD Bank, U.S. Alliance Federal Credit Union, and MSI Financial Services, Inc. f/k/a New England Securities Corporation ("Banks"). As grounds for said Motion, Mr. Hernandez states as follows:

1. Mr. Hernandez is a non-party to this action.

2. The Complaint in this matter was filed over three (3) years ago and Plaintiff is now requesting records and has served approximately ten (10) other identical subpoenas for other individuals' records.

3. Plaintiff has failed to provide why Mr. Hernandez financial records are relevant to this matter.

4. The subpoena issued requested ANY and ALL records from 2005 to the present, is clearly beyond the scope of permissible discovery.

5. The attempt to subpoena Mr. Hernadez's records as a non-party to this action is an attempt to unreasonably and unduly oppress a non-party.

6. Further, Plaintiff's subpoenas are intended solely to annoy and harass and is not reasonably calculated to lead to discovery of admissible evidence.

7. Plaintiff's subpoenas should be quashed as they are manifestly irrelevant and make unreasonable and unduly burdensome demands for information for which the Plaintiff has no legitimate need.

8. The subpoenas are over broad and not relevant to the subject matter involved in the pending action.

9. Mr. Hernandez submits Memorandum in support of this Motion.

**WHEREFORE,** Mr. Hernandez respectfully requests this Honorable Court:

1. Grant Motion to Quash or in the alternative issue a protective order; and
2. For such other relief as this Court deems just.

Respectfully Submitted,

RICHIE HERNANDEZ
By his Attorney

_____
George N. Papachristos, Esq. (BBO#662726)
Law Office of George N. Papachristos
500 Granite Avenue – Suite 6
Milton, MA 02186
Tel: (617) 328-7100
gnp@gnplawoffice.com

Dated: August 29, 2018

## CERTIFICATE OF SERVICE

I, George N. Papachristos, Esquire certify that on this ___ day of _____, 2018, I served by first class mail and/or ECF a copy of the above Motion to Quash, Objection, and Protective Order to the following:

Peter R. Houston, Esquire
McGovern, Houston & Ganem, P.C.
21 Merchants Row
Boston, MA 02109

Matthew R. Johnson, Esq.
Devine, Millimet & Branch, P.A.
111 Amherst St.
Manchester, NH 03101

Karen A. Pickett, Esq.
Pickett Law Offices, P.C.
125 High Street, 26th Floor
Boston, MA 02110

Kenneth I. Gordon, Esq.
63 Chatham Street
Boston, MA 02109

Kristen Schuler Scammon, Esq.
Torres, Scammon, Hincks & Day, LLP
35 India St.
Boston, MA 02110

Edward C. Cooley, Esq.
Giarrusso, Norton, Cooley & McGlone, P.C.
308 Victory Road
Quincy, MA 02171

Barry S. Pollack, Esq.
Pollack Solomon Duffy, LLP
101 Huntington Avenue – Suite 530
Boston, MA 02199

Jeremy T. Robin, Esq.
Law Office of Jeremy T. Robin
P. O. Box 146727
Boston, MA 02114

Vincent M. Amoroso, Esq.
351 Liberty Square Road
Boxborough, MA 01719

Juan Hernandez
20 Canterbury Court
Lynn, MA 01905-3105

_____
George N. Papachristos, Esquire