UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 1:15-CV-12939-LTS

| | |
|---|---|
| METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, and THE COMMERCE INSURANCE COMPANY,     Plaintiffs, | ) ) ) ) ) |
| v. | ) ) |
| SAVIN HILL FAMILY CHIROPRACTIC, INC., et als.,     Defendants. | ) ) ) |

**PLAINTIFFS' SUPPLEMENT TO THE JOINT STATUS REPORT (DOC. NO. 786)**

NOW COME the Plaintiffs, Metropolitan Property and Casualty Insurance Company and The Commerce Insurance Company, in the above-captioned action, and by and through their undersigned counsel, respectfully submit to this Honorable Court their Supplement to the Joint Status Report (Doc. No. 786) filed by the Plaintiffs and certain Defendants, pursuant to Electronic Notice dated April 23, 2018 (Doc. No. 708), and the Scheduling Order (Doc. No. 591).

As reasons therefore, the Plaintiffs state that two (2) pending Motions, which the Court has not issued a decision or scheduled for hearing, were inadvertently omitted from the Joint Status Report, and thus, the Plaintiffs hereby submit this Supplement to provide the Court with a complete list of all pending motions of in advance of the Status Conference scheduled for September 5, 2018, at 2:30 p.m.  Specifically, the Plaintiffs' Motion to Dismiss the Defendant, Law Office of Jeffrey S. Glassman, LLC's Amended Counterclaims (Doc. Nos.640-641), as well as their Motion to Strike, for Sanctions and Order to Show Cause (Doc. Nos. 638-639) were filed on January 5, 2018.  The Glassman Law Office filed its Opposition to the Motion to Strike (Doc. No. 647) and its Opposition to Motion to Dismiss the Amended Counterclaims (Doc. No. 656).

As set forth above, neither of these Motions have been marked for hearing or decided, however,

the Glassman Defendants' Motion to Compel raises issues related to the Motion to Dismiss.

Respectfully submitted,
The Plaintiffs,
Metropolitan Property and Casualty
Insurance Company, and
The Commerce Insurance Company,
By their attorneys,


/s/ Peter R. Houston
Glenda H. Ganem, Esq.
BBO No. 564374
gganem@mhg-pc.com
Peter R. Houston, Esq.
BBO No. 681915
phouston@mhg-pc.com
McGovern, Houston & Ganem, P.C.
21 Merchants Row, 4th Floor
Boston, MA 02109
(617) 723-1444

## CERTIFICATE OF SERVICE

I, Peter R. Houston, Esq., attorney for the Plaintiffs, Metropolitan Property and Casualty Insurance Company and The Commerce Insurance Company, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and/or served in compliance with the Fed.R.Civ.P.

/s/ Peter R. Houston
Peter R. Houston, Esq.


Date:   September 1, 2018