UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 15-12939-LTS |
| SAVIN HILL FAMILY CHIROPRACTIC, INC. et al., | ) ) ) ) | |
| Defendants. | ) ) | |

ORDER ON MOTIONS TO MODIFY SCHEDULING ORDER (DOCS. NO. 800, 801)

September 25, 2018

SOROKIN, J.

Various parties request the Court extend the existing scheduling order. Having reviewed the respective filings and considered the applicable rule and relevant factors, the Court finds good cause to extend and to modify the schedule as set forth in this Order.

1. The deadline for completion of all written discovery, excluding third-party discovery, is extended to November 15, 2018. Presently outstanding privilege logs shall be completed by November 1, 2018. The deadline for filing motions to compel arising out of the written discovery is extended to November 26, 2018 in view of the Thanksgiving holiday.

2. The deadline for third-party written discovery is extended to December 31, 2018, with any motions to compel due seven days later.

3. The deadline for all non-expert deposition is extended to March 10, 2019.

4. Plaintiffs' deadline to disclose the experts upon whom they will rely to support their claims is extended to April 10, 2019. The same deadline applies to the experts upon whom the Defendants will rely to support their affirmative counterclaims. Rebuttal expert disclosures are due May 10, 2019. Expert depositions must be completed by June 10, 2019.

5. The parties report they do not anticipate requiring expert discovery for summary judgment. Accordingly, Plaintiffs' motion for summary judgment is due April 25, 2019. Plaintiffs shall file one consolidated motion with a supporting memorandum. Oppositions, with any cross-motions by any Defendant, are due May 25, 2019. Defendants shall endeavor to coordinate their filings to avoid duplicative briefing. The combined reply and opposition from Plaintiffs is due June 25, 2019. The surreply from Defendants is due July 9, 2019. Parties shall observe the page limits for the filings and requirement of a combined statement of material undisputed facts set forth in the Session's Standing Order on Summary Judgment Motions. Parties shall also observe the requirements of the Session's Standing Order on Courtesy Copies.

6. There will be one, and only one, round of motions for summary judgment in this case. If any party wishes summary judgment to follow the expert schedule or defer the expert discovery until after summary judgment but prior to trial, the party shall make such a request in a joint status report due March 17, 2019. Such report shall also contain the positions of each other party or party group.

7. Trial in this matter will commence on November 2, 2019. This is a definite trial date. A pretrial order will issue shortly.

SO ORDERED.

/s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge