UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 1:15-CV-12939-LTS

| | |
|---|---|
| METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, and THE COMMERCE INSURANCE COMPANY,<br>    Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>SAVIN HILL FAMILY CHIROPRACTIC, INC., et als.,<br>    Defendants,<br><br>and<br><br>LAW OFFICES OF JEFFREY S. GLASSMAN LLC,<br>    Defendant/Counterclaim Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS/DEFENDANTS-IN-COUNTERCLAIM, METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY AND THE COMMERCE INSURANCE COMPANY'S MOTION TO COMPEL RESPONSES TO SUBPOENA DUCES TECUM BY A NON-PARTY WITNESS, THE KEEPER OF RECORDS, ARBELLA INSURANCE GROUP, PURSUANT TO FED.R.CIV.P. 45**

NOW COME the Plaintiffs/Defendants-in-Counterclaim, Metropolitan Property and Casualty Insurance Company ("Metropolitan"), and The Commerce Insurance Company ("Commerce")(collectively "the Plaintiffs"), by and through their attorneys, McGovern, Houston & Ganem, P.C., state that having served a Subpoena Duces Tecum, pursuant to Fed.R.Civ.P. 45, upon the non-party witness, Keeper of Records, Arbella Insurance Group ("Arbella"), on September 17, 2018, and having received no response to date, respectfully requests that this Court enter an Order compelling the Keeper Of Records, Arbella Insurance Group, to produce all documents responsive to the Plaintiffs' Subpoena Duces Tecum, Pursuant to Rule 45 of the Federal Rules of Civil Procedure.

WHEREFORE, based on the above-stated reasons and for those set forth more fully in their contemporaneously filed Memorandum of Law, the Plaintiffs/Defendants-in-Counterclaim, respectfully request that the Court order, the non-party witness, Arbella Insurance Group, to produce the documents delineated in Schedule "A" of the Plaintiff's Rule 45 Subpoena Duces Tecum and Notice of Taking of Deposition, within twenty (20) days of the Court's Order, and any other relief deemed just and proper.

        Respectfully submitted,
By the Plaintiffs/Defendants-in-Counterclaim
Metropolitan Property and Casualty
Insurance Company, and
The Commerce Insurance Company,
By their attorneys,

s/Nicholas J. Pompeo
Glenda H. Ganem
BBO No. 564374
gganem@mhg-pc.com
Peter R. Houston
phouston@mhg-pc.com
BBO No. 681915
Nicholas J. Pompeo
npompeo@mhg-pc.com
BBO No. 682361
McGovern, Houston & Ganem, P.C.
21 Merchants Row, 4th Floor
Boston, MA 02109
(617) 723-1444

Dated: 11/13/2018

## **CERTIFICATE OF SERVICE**

     I, Nicholas Pompeo, attorney for the Plaintiffs, Metropolitan Property and Casualty Insurance Company and The Commerce Insurance Company, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and/or served in compliance with the Fed.R.Civ.P. The Plaintiffs have served the following individuals who are not ECF filers via first-class mail, postage pre-paid.

| | |
|---|---|
| Mr. Tony Ramos<br>22 Childs Street, Apt. 2<br>Lynn, MA 01905 | Mr. Kenneth Ramos<br>2132 Crane Brook Way<br>Peabody, MA 01960 |
| Metro Coach, Inc.<br>c/o Mr. Tony Ramos<br>22 Childs Street, Apt. 2<br>Lynn, MA 01905 | Keeper of Records,<br>Arbella Insurance Group<br>1100 Crown Colony Drive,<br>Quincy, MA 02269 |

                /s/ Nicholas Pompeo_____

Dated:  11/13/2018