UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY,<br>    Plaintiffs and Counterclaim-Defendants<br><br>v.<br><br>SAVIN HILL FAMILY CHIROPRACTIC, INC.,<br>LOGAN CHIROPRACTIC, INC. and<br>LAW OFFICES OF JEFFREY S. GLASSMAN, LLC<br>    Defendants Counterclaim-Plaintiffs. | )<br>)<br>)<br>)<br>) C.A. NO. 1:15-cv-12939LTS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF BARRY POLLACK IN OPPOSITION
TO PLAINTIFFS' MOTION TO BIFURCATE**

I, Barry Pollack, declare that the following is true and correct.

1. I am a partner of Pollack Solomon Duffy LLP, which represents the Law Offices of Jeffrey S. Glassman LLC (the "GLO") in this matter.

2. Attached hereto as Exhibit A is a true and correct sample of agreements between one of the Plaintiffs and a healthcare provider, clinic, clinic owner or lawyer that Plaintiffs produced after being ordered to do so.

3. Attached hereto as Exhibit B is a true and correct copy of judgments and other public records about Michael Frustaci.

4. Attached hereto as Exhibit C is a true and correct copy of a sample record referring to issues about billing and relationship issues concerning the defendant clinics.

5. Attached hereto as Exhibit D is a true and correct copy of claims adjuster notes reflecting an alert for bills coming from First Boston Billing and a description of the alert system.

6. Attached hereto as Exhibit E is a true and correct copy of a May 21, 2015 email exchange.

7. Attached hereto as Exhibit F is a true and correct copy of the Order dated September 7, 2018.

8. Attached hereto as Exhibit G is a true and correct copy of the Order dated October 11, 2018 and entered on November 7, 2018.

I declare subject to the pains and penalties of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 15th day of November, 2018.

/s/ *Barry S. Pollack*
Barry S. Pollack

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2018, a true copy of the above-document, filed through the ECF system, will be served electronically through the ECF system on the registered participants as identified on the Notice of Electronic Filing.

/s/ *Barry S. Pollack*
Barry S. Pollack