UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 1:15-CV-12939-LTS

| | |
|---|---|
| METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, and THE COMMERCE INSURANCE COMPANY, <br>     Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> SAVIN HILL FAMILY CHIROPRACTIC, INC., et als., <br>     Defendants, <br><br> and <br><br> LAW OFFICES OF JEFFREY S. GLASSMAN LLC, <br>     Defendant/Counterclaim Plaintiff. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**PLAINTIFFS, METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY AND THE COMMERCE INSURANCE COMPANY'S NOTICE OF WITHDRAWAL OF MOTIONS TO COMPEL RESPONSES TO SUBPOENA DUCE TECUM BY KEEPER OF RECORDS FOR ARBELLA INSURANCE GROUP, UBER TECHNOLOGIES, INC., PAYPAL, INC., AND COINBASE, INC. (DOC. NOS. 843, 845, 849, AND 853)**

NOW COME the Plaintiffs, Metropolitan Property and Casualty Insurance Company and The Commerce Insurance Company, and hereby provide notice to this Honorable Court that the Plaintiffs are withdrawing their Motions to Compel Responses to Subpoena Duce Tecum by non-party witnesses, Keeper of Records for Arbella Insurance Group, Uber Technologies, Inc., PayPal, Inc., and Coinbase, Inc. (Doc. Nos. 843, 845, 849, and 853, respectively), which were scheduled for hearing on December 20, 2018, at 11:30 a.m., before Magistrate Judge Jennifer C. Boal.  As reasons therefore, the Plaintiffs state that up to and including today, December 19, 2018, the Plaintiffs received responses from said third-parties, and thus, the Motions to Compel

as to these entities are now moot.  Accordingly, the Plaintiffs respectfully request that this Honorable Court remove the aforementioned Motions from the Court's docket and/or hearing list for December 20, 2018, at 11:30 a.m.

In light of the foregoing, the Plaintiffs hereby provide notice to this Honorable Court that the only Motions to Compel Responses to Subpoena Duce Tecum by non-party witnesses, that should remain scheduled for hearing on December 20, 2018, at 11:30 a.m., are the Motions to Compel Responses to Subpoena Duce Tecum by non-party witnesses, Keeper of Records for Plymouth Rock Assurance and Optimo Transportation (Doc. Nos. 851 and 847).

    Respectfully submitted,
By the Plaintiffs/
Defendants-in-Counterclaim,
Metropolitan Property and Casualty
Insurance Company, and
The Commerce Insurance Company,
By their attorneys,

/s/ Peter R. Houston
Glenda H. Ganem
BBO No. 564374
gganem@mhg-pc.com
Peter R. Houston
phouston@mhg-pc.com
BBO No. 681915
Nicholas J. Pompeo
npompeo@mhg-pc.com
BBO No. 682361
McGovern, Houston & Ganem, P.C.
21 Merchants Row, 4th Floor
Boston, MA 02109
(617) 723-1444

Date:   December 19, 2018

## **CERTIFICATE OF SERVICE**

     I, Peter R. Houston, Esq., attorney for the Plaintiffs, Metropolitan Property and Casualty Insurance Company and The Commerce Insurance Company, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and/or served in compliance with the Fed.R.Civ.P.

                                           /s/ Peter R. Houston  
                                           Peter R. Houston, Esq.

Dated: December 19, 2018