UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 1:15-CV-12939-LTS

| | |
|---|---|
| METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, and THE COMMERCE INSURANCE COMPANY,<br>　　　Plaintiffs/Counterclaim Defendants,<br><br>　　　v.<br><br>SAVIN HILL FAMILY CHIROPRACTIC, INC., et als.,<br>　　　Defendants,<br><br>　　　and<br><br>LAW OFFICES OF JEFFREY S. GLASSMAN LLC,<br>　　　Defendant/Counterclaim Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS, METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY AND THE COMMERCE INSURANCE COMPANY'S NOTICE PURSUANT TO THE COURT'S DECEMBER 7, 2018 ORDER (DOC. NO. 921) AND DECEMBER 17, 2018 ORDER (DOC. NO. 945)**

NOW COME the Plaintiffs/Defendants-in-Counterclaim, Metropolitan Property and Casualty Insurance Company ("Metropolitan") and The Commerce Insurance Company ("Commerce") (collectively "the Plaintiffs"), and, pursuant to the Court's December 7, 2018 Order (Doc. No. 921) and December 17, 2018 Order (Doc. No. 945) (collectively "the Orders"), hereby provide notice to this Honorable Court that the Plaintiffs have served, via electronic and first-class mail, upon the Defendants their Supplemental Interrogatory Answers concerning the Plaintiffs' current and former employees identified in the Parties' Initial Disclosures as required by the Court's Orders.

                                                 Respectfully submitted,
                                                 By the Plaintiffs,
                                                 Metropolitan Property and Casualty
                                                 Insurance Company, and
                                                 The Commerce Insurance Company,
                                                 By their attorneys,

                                                 /s/ Peter R. Houston
                                                 Glenda H. Ganem
                                                 BBO No. 564374
                                                 gganem@mhg-pc.com
                                                 Peter R. Houston
                                                 BBO No. 681915
                                                 phouston@mhg-pc.com
                                                 Nicholas J. Pompeo
                                                 npompeo@mhg-pc.com
                                                 BBO No. 682361
                                                 McGovern, Houston & Ganem, P.C.
                                                 21 Merchants Row, 4th Floor
                                                 Boston, MA 02109
                                                 (617) 723-1444

Dated: January 4, 2019


## CERTIFICATE OF SERVICE

    I, Peter R. Houston, Esq., attorney for the Plaintiff, Metropolitan Property and Casualty Insurance Company, hereby certify that this document was served, via electronic mail, to counsel for all of the Defendants as identified on the Notice of Electronic Filing (NEF) and/or served in compliance with the Fed.R.Civ.P.

                                                 /s/ Peter R. Houston
Date: January 4, 2019                           Peter R. Houston, Esq.