UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 1:15-CV-12939-LTS

| | |
|---|---|
| METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, and THE COMMERCE INSURANCE COMPANY, | ) ) ) ) |
| Plaintiffs and Counterclaim-Defendants, | ) ) |
| v. | ) ) |
| SAVIN HILL FAMILY CHIROPRACTIC, INC., LOGAN CHIROPRACTIC, INC., and, LAW OFFICES OF JEFFREY S. GLASSMAN, LLC, | ) ) ) ) |
| Defendants and Counterclaim-Plaintiffs, | ) ) |
| and | ) ) |
| METRO COACH, INC., JEFFREY S. GLASSMAN, ESQ., BRANDY SOTO, HEGER ASENJO, KENNETH RAMOS, TONY RAMOS, WILLIAM HERNANDEZ, RICHRAD MCGOVERN, D.C., MARSELLA IMONTI, D.C., ALLISON ROBIN, D.C., CHARLES RONCHETTI, D.C., TARA O'DESKY, D.C., ARISMENDY RAMOS, MAXIMO SOTO, APRIL STEWART, TANISHA RAMOS, and KARLA MENDOZA, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**MOTION BY THE LAW OFFICES OF JEFFREY S. GLASSMAN, LLC TO COMPEL RESPONSES TO A SUBPOENA *DUCES TECUM* BY A NON-PARTY, THE KEEPER OF RECORDS, NATIONAL INSURANCE CRIME BUREAU**

The Law Offices of Jeffrey S. Glassman, LLC (the "GLO") respectfully moves, pursuant to Fed.R.Civ.P. 45, to compel a response to its subpoena *duces tecum* served on a non-party, the Keeper of Records of National Insurance Crime Bureau ("NICB"). For the reasons set forth in the memorandum submitted herewith and in support hereof, the GLO respectfully requests that

the Court grant this motion to compel, require NICB to produce the documents delineated in Schedule "A" to the subpoena at issue within twenty (20) days of the Court's order, and provide such other relief as the Court deems just and proper.

NICB, through its legal department, requested an extension of time to respond and/or object to the subpoena at issue through January 9, 2019.  As of the close of business on January 7, 2019, NICB has yet to produce documents responsive to the subpoena.  In the event that a satisfactory production of documents is forthcoming from NICB, the GLO reserves the right to withdraw this motion, which is filed in an abundance of caution on the January 9, 2017 deadline for filing motions to compel directed to third parties.

Respectfully submitted,

LAW OFFICES OF JEFFREY S. GLASSMAN
By their attorneys,

/s/ *Peter J. Duffy*
Barry S. Pollack  BBO #642064
Peter J. Duffy  BBO #566682
POLLACK SOLOMON DUFFY LLP
101 Huntington Avenue Suite 530
Boston, MA 02199
617-439-9800 (Tel)
617-960-0490 (Fax)
pduffy@psdfirm.com

Dated:  January 7, 2019

## LOCAL RULE 7.1 CERTIFICATE

The undersigned certifies that NICB through its legal department has requested an extension of time to respond and/or object to the subpoena through January 9, 2019.  As of the close of business on January 7, 2019, NICB has yet to produce documents responsive to the subpoena.  In the event that documents are forthcoming, the GLO reserves the right to withdraw this motion, which is filed in an abundance of caution on the deadline for filing motions to compel directed to third parties.

/s/ *Peter J. Duffy*
Peter J. Duffy

2

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and/or served in compliance with the Fed.R.Civ.P. on the following individuals who are not ECF filers via first-class mail, postage pre-paid:

| | | |
|---|---|---|
| Metro Coach, Inc. | Mr. Kenneth Ramos | Mr. Tony Ramos |
| c/o Mr. Tony Ramos | 2132 Crane Brook Way | 22 Childs Street, Apt. 2 |
| 22 Childs Street, Apt. 2 | Peabody, MA 01960 | Lynn, MA 01905 |
| Lynn, MA 01905 | | |

National Insurance Crime Bureau
c/o Robert Keller
1111 E. Touhy Ave., Suite 400
Des Plaines, IL 60018

                                            /s/ *Peter J. Duffy*
                                            Peter J. Duffy