UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 1:15-CV-12939-LTS

| | |
|---|---|
| METROPOLITAN PROPERTY AND ) <br> CASUALTY INSURANCE COMPANY, and ) <br> THE COMMERCE INSURANCE COMPANY, ) <br>     Plaintiffs, ) <br> ) <br> **v.** ) <br> ) <br> SAVIN HILL FAMILY CHIROPRACTIC, INC., ) <br> et als., ) <br>     Defendants. ) | **FILED UNDER SEAL PURSUANT TO INSTRUCTIONS BY CLERK MONTES ON JANUARY 16, 2019** |

## PLAINTIFFS, METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY AND THE COMMERCE INSURANCE COMPANY'S MOTION TO MODIFY THE SCHEDULING ORDER IN THE COURT'S SEPTEMBER 25, 2018 ORDER (DOC. NO. 806)

NOW COME the Plaintiffs, Metropolitan Property and Casualty Insurance Company ("Metropolitan") and The Commerce Insurance Company ("Commerce"), in the above-captioned action, and, without opposition from the Chiropractor Defendants, Richard McGovern, Marsella Imonti, Charles Ronchetti, Allison Robin and Tara O'Desky ("the Chiropractor Defendants"), or the Employee Defendants, William Hernandez, Maximo Soto, Arismendy Ramos, Tanisha Ramos, April Stewart and Karla Mendoza (collectively "the Employee Defendants"), hereby respectfully request that this Honorable Court modify its September 25, 2018 Scheduling Order (Doc. No. 806), and enlarge the deadlines for fact witness depositions and all subsequent deadlines by a period of ninety (90) days, pursuant to Fed. R. Civ. P. 16(b)(4) and Local Rules 16(g) and 26.2(b).

As reasons therefore, the Plaintiffs state that their lead co-counsel █████████████, ████████████████████████████████████████████████████████████ ████████████████████████████████ ████████████████████████ ████████████████████████████████████████████████████████ will be out of

the office for significant periods of time ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Accordingly, it is the Plaintiffs' position, without opposition from the Chiropractor Defendants or the Employee Defendants, that good cause exists for this Honorable Court to extend the current deadlines and/or court dates for a period of ninety (90) days and modify the Court's Scheduling Order (Doc. No. 806) as follows:

1. The current deadline for non-expert and/or fact witness depositions be extended from March 10, 2019, until the new deadline of June 7, 2019.

2. The current deadline for Plaintiffs/Defendants expert disclosure be extended from April 10, 2019, until the new deadline of July 7, 2019.

3. The current deadline for rebuttal expert disclosures be extended from May 10, 2019, until the new deadline of August 7, 2019.

4. The current deadlines for the Plaintiffs' Motion for Summary Judgment, Defendants' Oppositions/Cross Motions, Plaintiffs' Reply/Opposition and Defendants' Reply/Sur-Reply be extended from April 25, 2019, May 25, 2019, June 25, 2019, and July 9, 2019, respectively, be extended until the new deadlines July 24, 2019, August 24, 2019, September 24, 2019, and October 8, 2019;

5. The current deadline for the Parties to file a Motion and/or Request for summary judgment to follow the expert schedule or defer expert discovery until after summary judgment but prior to trial be extended from May 17, 2019, until the new deadline of August 14, 2019.

6. The currently schedule Trial of November 2, 2019 Trial, be rescheduled for the new date of February 2, 2020.

In further support hereof, Federal Rule of Civil Procedure 16(b)(4) states that "[a] schedule may be modified only for good cause and with the judge's consent." Fed.R.Civ.P. 16(b)(4). Rule

16(b)(4) recognizes "that the parties will occasionally be unable to meet … scheduling order deadlines," and therefore, "a scheduling order deadline may be extended by the court when the moving party shows that the deadline cannot reasonably be met despite exercising due diligence." O'Connell v. Hyatt Hotels of Puerto Rico, 357 F.3d 152, 154 (1st Cir. 2004); Caribbean Parts Agency, Inc. v. Hastings Mfg. Co., LLC, 262 F.R.D. 88, 90 (D.P.R. 2009).

The Plaintiffs therefore respectfully request that this Honorable Court extend and/or reschedule its current deadlines and court dates as delineated above because of ███████████ ██████████████████████████████████████ ████████████████████████████████████████████ Moreover, the Plaintiffs are not seeking to stay compliance with Court Orders, Motion practice or any other matters pending before the Court relating to written fact discovery.  In addition, none of the Parties will suffer any prejudice if the Court grants this Motion, due to the fact that none of the Parties have noticed any depositions, to date, and numerous matters pertaining to written and fact discovery remain pending before the Court.  Additionally, the Chiropractor Defendants and the Employee Defendants do not oppose the relief sought by the Plaintiffs because of the absence of their lead co-counsel.

**WHEREFORE**, for the above-stated reasons, the Plaintiffs respectfully request that this Honorable Court grant their instance Motion and modify its September 25, 2018 Scheduling Order (Doc. No. 806) and modify and/or enlarge deadlines for a period of ninety (90) days. The Plaintiffs request any further relief that the Court deems just and appropriate.

|  |  |
|---|---|
|  | Respectfully submitted,<br>By the Plaintiffs,<br>Metropolitan Property and Casualty<br>Insurance Company, and<br>The Commerce Insurance Company,<br>By their attorneys,<br><br>/s/ Glenda H. Ganem<br>Glenda H. Ganem<br>BBO No. 564374<br>gganem@mhg-pc.com<br>Peter R. Houston<br>phouston@mhg-pc.com<br>BBO No. 681915<br>McGovern, Houston & Ganem, P.C.<br>21 Merchants Row, 4th Floor<br>Boston, MA 02109 |
| Date:   January 17, 2019 | (617) 723-1444 |

## CERTIFICATE OF SERVICE

I, Peter R. Houston, Esq., attorney for the Plaintiffs, Metropolitan Property and Casualty Insurance Company and The Commerce Insurance Company, hereby certify that a redacted version of this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and/or served in compliance with the Fed.R.Civ.P.

|  |  |
|---|---|
|  | /s/ Glenda H. Ganem, Esq. |
| Date: January 17, 2019 | Glenda H. Ganem, Esq. |

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I, Glenda H. Ganem, Esq., attorney for the Plaintiffs, Metropolitan Property and Casualty Insurance Company and the Commerce Insurance Company certify that on January 16, 2019, an email was sent to all counsel of record requesting the Defendants assent to the instant Motion seeking to extend the deadlines in the Court's September 25, 2018 Scheduling Order (Doc. No. 806) for ninety (90) days.  On the same date, Attorney Robin, counsel for the Chiropractor Defendants, and Attorney Gordon, counsel for the Employee Defendants, stated that they would not oppose the Plaintiffs' instant Motion.  On January 17, 2019, Attorneys Cooley and Pollack requested the details of ███████████████████████████████████████, and would not provide an unconditional assent on behalf of the Law Firm Defendants.  To date, the Plaintiffs have not received any response from counsel for the Paralegal Defendants, Attorneys Pickett and Scammon.  Due to the urgency related to the relief sought by the Plaintiffs given █████████████████████████████████████████████████, as well as instructions by the Clerk to file this Motion under seal, the Plaintiffs hereby file this Motion in redacted form on PACER/ECF System, and under seal and for in-camera review by the Court.

|  |  |
|---|---|
|  | /s/ Glenda H. Ganem, Esq. |
| Date: January 17, 2019 | Glenda H. Ganem, Esq. |