UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, and THE COMMERCE INSURANCE COMPANY, | C.A. NO. 1:15-cv-12939-LTS |
| Plaintiffs/Counterclaim Defendants, | |
| v. | |
| SAVIN HILL FAMILY CHIROPRACTIC, INC., et als., | |
| Defendants. | |
| and | |
| LAW OFFICES OF JEFFREY S. GLASSMAN, LLC | |
| Defendant/Counterclaim Plaintiff | |

**<u>NOTICE OF APPEARANCE</u>**

TO THE CLERK OF THE ABOVE-NAMED COURT.

Please enter my appearance on behalf of non-party, Michael V. Frustaci, D.C.

Respectfully submitted,

MICHAEL V. FRUSTACI, D.C.

By His Attorneys,

/s/ *Brian A. Suslak*

Brian A. Suslak, BBO #684453
bsuslak@morrisonmahoney.com
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
Phone: 617-439-7500
Fax: 617-342-4882

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to the following individuals who are indicated as non-registered participants on January 23, 2019

Metro Coach, Inc.
c/o Mr. Tony Ramos
22 Childs Street, Apt. 2
Lynn, MA 01905

Mr. Kenneth Ramos
2132 Crane Brook Way
Peabody, MA 01960

Mr. Tony Ramos
22 Childs Street, Apt. 2
Lynn, MA 01905

/s/ *Brian A. Suslak*