UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, and THE COMMERCE INSURANCE COMPANY, <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> SAVIN HILL FAMILY CHIROPRACTIC, INC., et als., <br><br> Defendants. <br><br> and <br><br> LAW OFFICES OF JEFFREY S. GLASSMAN, LLC <br><br> Defendant/Counterclaim Plaintiff | C.A. NO. 1:15-cv-12939-LTS |

### NON-PARTY, RICK C. CUOMO'S MOTION FOR LEAVE TO FILE REPLY TO RESPONSE OF LAW OFFICES OF JEFFREY S. GLASSMAN, LLC, TO RICK C. CUOMO'S OPPOSITION TO MOTION TO COMPEL RESPONSES TO A SUBPOENA *DUCES TECUM*

Pursuant to Local Rule 7.1(b)(3), non-party, Rick C. Cuomo, respectfully requests leave of Court to file a reply to the response of Defendant, Law Offices of Jeffrey S. Glassman, LLC, to Mr. Cuomo's Opposition to Glassman's Motion to Compel Responses to a Subpoena *Duces Tecum*. Cuomo's proposed Reply will be brief and only address inaccuracies in Glassman's response with regard to the alleged service of the Subpoena on Cuomo's registered business address.

WHEREFORE, non-party, Rick C. Cuomo, respectfully requests that this Honorable Court grant leave to file a reply to the response of Defendant, Law Offices of Jeffrey S. Glassman, LLC.

Respectfully submitted,

RICK C. CUOMO, D.C.

By His Attorneys,

/s/ *Brian A. Suslak*
John P. Graceffa, BBO #205920
jgraceffa@morrisonmahoney.com
Brian A. Suslak, BBO #684453
bsuslak@morrisonmahoney.com
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
Phone:    617-439-7500
Fax:       617-342-4882

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to the following individuals who are indicated as non-registered participants on February 1, 2019

Metro Coach, Inc.
c/o Mr. Tony Ramos
22 Childs Street, Apt. 2
Lynn, MA 01905

Mr. Kenneth Ramos
2132 Crane Brook Way
Peabody, MA 01960

Mr. Tony Ramos
22 Childs Street, Apt. 2
Lynn, MA 01905

/s/ *Brian A. Suslak*