UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 1:15-CV-12939-LTS

| | |
|---|---|
| METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, and THE COMMERCE INSURANCE COMPANY,<br>  Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>SAVIN HILL FAMILY CHIROPRACTIC, INC., et als.,<br>  Defendants,<br><br>and<br><br>LAW OFFICES OF JEFFREY S. GLASSMAN LLC,<br>  Defendant/Counterclaim Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS/DEFENDANTS-IN-COUNTERCLAIM, METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY AND THE COMMERCE INSURANCE COMPANY'S MOTION FOR PROTECTIVE ORDER REGARDING ATTORNEY-CLIENT PRIVILEGED AND WORK-PRODUCT PROTECTED DOCUMENTS INADVERTENTLY DISCLOSED BY THE NATIONAL INSURANCE CRIME BUREAU PURSUANT TO A SUBPOENA ISSUED BY THE DEFENDANT, LAW OFFICES OF JEFFREY S. GLASSMAN, LLC**

NOW COME the Plaintiffs/Defendants-in-Counterclaim, Metropolitan Property and Casualty Insurance Company ("Metropolitan") and The Commerce Insurance Company ("Commerce")(collectively "the Plaintiffs"), and pursuant to Fed. R. Civ. P. 26, hereby respectfully request that the Court enter a protective order, requiring the Defendants in this matter to adhere to the terms of the Amended Protective Order [Doc. No. 700] and Fed. R. Civ. P. 26(b)(5)(B) with respect to documents inadvertently produced by the National Insurance Crime Bureau ("NICB") over which the Plaintiffs claim attorney-client privilege and work-product protection.

The Plaintiffs also respectfully request that the Court order the Defendants to return and/or destroy all attorney-client privileged and/or work-product protected materials received pursuant to the Glassman Defendants' subpoena to the NICB, as required by the Clawback provisions found in the Court's Amended Protective Order [Doc. No. 700], and to follow the provisions of Fed. R. Civ. P. 26(b)(5)(B) with respect to the inadvertent disclosure of privileged information.

WHEREFORE, For the above-state reasons and for those set forth more fully in the Plaintiffs' contemporaneously filed Memorandum of Law, the Plaintiffs/Defendants-in-Counterclaim, Metropolitan Property and Casualty Insurance Company and The Commerce Insurance Company respectfully request that this Honorable Court enter a protective order affirm the Plaintiffs' assertions of attorney-client privilege and work-product protection for the SIU reports inadvertently disclosed by the NICB, pursuant to a subpoena issued by the Glassman Law Office.  The Plaintiffs also request that Court order the Defendants to return all privileged and/or work-product protected documents which the NICB inadvertently produced, remove the same from any servers, and destroy any copies of the same.   The Plaintiffs request any further relief the Court deems just and appropriate.

## REQUEST FOR ORAL ARGUMENT

Respectfully submitted,
By the Plaintiffs/
Defendants-in-Counterclaim,
Metropolitan Property and Casualty
Insurance Company, and
The Commerce Insurance Company,
By their attorneys,

s/ Nicholas J. Pompeo
Glenda H. Ganem
BBO No. 564374
gganem@mhg-pc.com
Peter R. Houston
phouston@mhg-pc.com
BBO No. 681915
Nicholas J. Pompeo
npompeo@mhg-pc.com
BBO No. 682361
McGovern, Houston & Ganem, P.C.
21 Merchants Row, 4th Floor
Boston, MA 02109
(617) 723-1444

Date:   February 11, 2019

**CERTIFICATE OF SERVICE**

I, Nicholas J. Pompeo, Esq., attorney for the Plaintiffs, Metropolitan Property and Casualty Insurance Company and The Commerce Insurance Company, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and/or served in compliance with the Fed.R.Civ.P. A copy of the foregoing document will also be served on February 12, 2019 on the following individuals via first-class mail postage prepaid to the following addresses:

| | |
|---|---|
| Mr. Tony Ramos<br>22 Childs Street, Apt. 2<br>Lynn, MA 01905 | Mr. Kenneth Ramos<br>2132 Crane Brook Way<br>Peabody, MA 01960 |
| Metro Coach, Inc.<br>c/o Mr. Tony Ramos<br>22 Childs Street, Apt. 2<br>Lynn, MA 01905 | Savin Hill Family Chiropractic, Inc.<br>c/o Mr. Kenneth Ramos<br>2132 Crane Brook Way<br>Peabody, MA 01960 |
| Logan Chiropractic, Inc.<br>c/o Mr. Kenneth Ramos<br>2132 Crane Brook Way<br>Peabody, MA 01960 | |

/s/ Nicholas J. Pompeo
Nicholas J. Pompeo, Esq.

Dated: February 11, 2019

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1 and 37.1**

I, Nicholas J. Pompeo, Esq., attorney for the Plaintiffs/Defendants-in-Counterclaim, Metropolitan Property and Casualty Insurance Company and the Commerce Insurance Company, certify that the Plaintiffs have attempted to confer with the Defendants in this matter concerning the foregoing disputes, as demonstrated by Exhibit B to the contemporaneously filed Memorandum of Law. However, none of the Defendants responded to the Plaintiffs' request for a conference within the time allotted by Local Rule 37.1(b).

/s/ Nicholas J. Pompeo
Nicholas J. Pompeo, Esq.