UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY and THE COMMERCE INSURANCE COMPANY, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 15-12939-LTS |
| SAVIN HILL FAMILY CHIROPRACTIC, INC. et al., | ) ) ) ) | |
| Defendants. | ) ) | |

ORDER ON MOTION TO COMPEL (DOC. NO. 1007)

March 7, 2019

SOROKIN, J.

On November 23, 2018, plaintiffs served a Rule 45 subpoena duces tecum upon non-party Sritharan Law PLLC ("Sritharan"). See Doc. No. 1007 at 1. The subpoena sought, among several other categories of documents, all communications exchanged at any time by Sritharan and two individuals affiliated with Sritharan with a group of eleven email addresses. Doc. No. 1180-1 at 16. On January 7, 2019, having received no response to the subpoena, plaintiffs filed a motion to compel Sritharan to produce the documents sought. Id.

Pursuant to the Order referring this case to Magistrate Judge Boal for full pretrial case management, Doc. No. 571, Judge Boal held a hearing on the motion on February 20, 2019. See Doc. No. 1153. Because plaintiffs reported at the hearing that the parties were attempting to resolve the issues addressed by the motion, Judge Boal ordered plaintiffs to file a status report on the motion by March 6, 2019. Id. Plaintiffs did so timely, Doc. No. 1180, and filed another status

report on March 7, 2019, Doc. No. 1182. The second status report stated that Sritharan intended to comply with the subpoena and therefore sought denial of the motion to compel. Id. at 1.

      A subpoena is an Order of the Court that compels compliance under penalties of law. The Court has reviewed the subpoena at issue, Doc. No. 1180-1, and concludes that it is a grossly overbroad fishing expedition and therefore not warranted by the purposes for which it was issued. Accordingly, the subpoena is QUASHED except as to documents, including emails but not including text messages, created before July 13, 2015, regarding Sritharan's claim to Metropolitan for reimbursement, Claim No. WBE99983. Sritharan shall produce (1) responsive documents, as described above, by March 13, 2019, and (2) a log of documents withheld as privileged by March 15, 2019.

      The motion to compel, Doc. No. 1007, is DENIED AS MOOT.

SO ORDERED.

/s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge