# EXHIBIT 1

| | |
|---|---|
| **From:** | Schrag, Andy <aschrag@ggulaw.com> |
| **Sent:** | Thursday, March 21, 2019 5:45 PM |
| **To:** | pduffy@psdfirm.com |
| **Cc:** | Hardwicke, Tim |
| **Subject:** | Re: Law Offices of Jeffrey S. Glassman v. Auto Injury Solutions, Inc., SDNY Miscellaneous Action No. 1:19-mc-00114 |

Peter: we've separately been able to identify the Tax ID numbers for the providers that are the subject of your subpoena, whichhas allowed AIS to search for and identify the records you seek. Although there appears to be a large volume of potentially responsive records (exceeding twenty five hundred documents—many of which are multi-page documents), AIS is in the process of gathering them and re-iterates its intention to produce all non-privileged, non-work product documents responsive to the subpoena to the extent it can do so without undue burden in violation of FRCP 45(d). We anticipate receiving the documents from our client by the end of next week and, after some processing time (for Bates labeling, confidentiality review, etc.),we expect to begin producing them to you promptly thereafter on a rolling basis.


Given the above, especially the significant volume of documents involved, it seems prudent for the parties to resolve the motion to compel by agreement to avoid unnecessarily burdening the Court with a matter that will soon be resolved by agreement. AIS suggests continuing the motion until May 1, by which time we anticipate that AIS will have completed its production of responsive non-privileged, non-work product documents. As AIS's opposition brief is otherwise due March 27 and my colleague, Tim Hardwicke, is out of the office next week, please confirm with me no later than Monday, March 25 that this proposal is agreeable. Thanks,


Andy Schrag

1

On Mar 19, 2019, at 11:25 AM, Hardwicke, Tim <thardwicke@ggulaw.com> wrote:

> Peter—My understanding is that AIS uses tax ID numbers to identify providers consistent with AIS's business, i.e., bill review services. Entity names are not always unique, and physicians may work for more than one entity. Thanks, Tim
>
> **From:** Peter Duffy [mailto:pduffy@psdfirm.com]
> **Sent:** Tuesday, March 19, 2019 11:19 AM
> **To:** Hardwicke, Tim <thardwicke@ggulaw.com>
> **Cc:** Schrag, Andy <aschrag@ggulaw.com>
> **Subject:** Re: Law Offices of Jeffrey S. Glassman v. Auto Injury Solutions, Inc., SDNY Miscellaneous Action No. 1:19-mc-00114
>
> Tim,
>
> Savin, Logan, and First Boston Billing are not our clients. It is very likely that we do not have their Tax ID numbers, but I can check. In the meanwhile, would you please explain how it is that your client would use Tax ID numbers as a means of identifying responsive information relating to these entities? That approach (search by Tax ID numbers) does not seem to make a lot of sense, unless there is something about your client's database that you have not yet explained. It would seem to make much more sense to search by name. Entities are far more likely to be referenced by their actual names rather than by their Tax ID numbers.
>
> Regards,
> Peter
>
> Peter J. Duffy
> Pollack Solomon Duffy LLP
> 101 Huntington Avenue, Suite 530
> Boston MA 02199-7728
> Phone: 617-439-9800
>
> On Tue, Mar 19, 2019 at 12:11 PM Hardwicke, Tim <thardwicke@ggulaw.com> wrote:
>
>> Peter—per my voicemail to you of last week, please send me the Tax ID numbers for Savin, Logan, and First Boston Billing, so Auto Injury Solutions, Inc. ("AIS") can search its records to determine what documents, if any, it has responsive to the subpoena. Provided it does not cause AIS undue burden or

2

expense (within the meaning of FRCP 45 (d)), it is AIS's present intention to produce reasonably available non-privileged, non-work product documents responsive to subpoena. Additionally, I understand AIS's response to the motion is currently due on March 27. As I am traveling on Spring Break that entire week, I would be grateful if you would agree to extend AIS's response date by one week, until April 3. We will also use this time to determine what responsive documents AIS has so that we may resolve the motion by agreement.

Thanks and regards, Tim Hardwicke

---

Timothy B. Hardwicke  |  **GoodSmith Gregg & Unruh LLP**  |  150 S. Wacker Drive, Suite 3150, Chicago, IL  60606

direct 312.676.2014  |  fax 312.322.0056  |  thardwicke@ggulaw.com

---

This message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not forward or distribute this message.

---

**From:** Peter Duffy [mailto:pduffy@psdfirm.com]
**Sent:** Wednesday, March 13, 2019 12:15 PM
**To:** Hardwicke, Tim <thardwicke@ggulaw.com>
**Cc:** Glenda H. Ganem <gganem@mhg-pc.com>; Peter Houston <phouston@mhg-pc.com>; Nicholas Pompeo <npompeo@mhg-pc.com>; Barry S. Pollack <bpollack@psdfirm.com>; ed cooley <ecooley@gncm.net>; Schrag, Andy <aschrag@ggulaw.com>
**Subject:** Re: Law Offices of Jeffrey S. Glassman v. Auto Injury Solutions, Inc., SDNY Miscellaneous Action No. 1:19-mc-00114

Attorney Hardwicke,

Thank you for getting back to us. The motion papers to Auto Injury Solutions, Inc., however, have already been (before we received your email) placed for service with the process server -- so your client should be receiving them shortly and/or should have already received them.

3

Very truly yours,

Peter J. Duffy
Pollack Solomon Duffy LLP
101 Huntington Avenue, Suite 530
Boston MA 02199-7728
Phone: 617-439-9800


On Tue, Mar 12, 2019 at 3:50 PM Hardwicke, Tim <thardwicke@ggulaw.com> wrote:

> Mr. Duffy—thank you for sending me a courtesy copy of the attached papers. I am authorized to accept service of the same on behalf of Auto Injury Solutions, Inc. ("AIS") provided we agree that AIS's opposition brief is due on April 3 and defendant's reply brief is due 4/5. Please confirm that briefing schedule is acceptable. Regards, Tim Hardwicke
>
> ---
>
> Timothy B. Hardwicke  |  **GoodSmith Gregg & Unruh LLP**  |  150 S. Wacker Drive, Suite 3150, Chicago, IL  60606
>
> direct 312.676.2014  |  fax 312.322.0056  |  thardwicke@ggulaw.com
>
> ---
>
> This message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not forward or distribute this message.
>
> ---
>
> **From:** Peter Duffy [mailto:pduffy@psdfirm.com]
> **Sent:** Monday, March 11, 2019 3:44 PM
> **To:** Hardwicke, Tim <thardwicke@ggulaw.com>
> **Cc:** Glenda H. Ganem <gganem@mhg-pc.com>; Peter Houston <phouston@mhg-pc.com>; Nicholas Pompeo <npompeo@mhg-pc.com>; Barry S. Pollack <bpollack@psdfirm.com>; ed cooley <ecooley@gncm.net>
> **Subject:** Law Offices of Jeffrey S. Glassman v. Auto Injury Solutions, Inc., SDNY Miscellaneous Action No. 1:19-mc-00114

Counsel,

Attached please find an electronic courtesy copy of the motion filed in the Southern District of New York by Law Offices of Jeffrey S. Glassman to compel Auto Injury Solutions, Inc. to comply with the subpoena *duces tecum* together with a supporting declaration (with exhibits), memorandum of law, and miscellaneous action cover sheet.  **Please let us know as soon as possible if you will accept service on Auto Injury Solution's behalf.**

Very truly yours,

Peter J. Duffy
Pollack Solomon Duffy LLP
101 Huntington Avenue, Suite 530
Boston MA 02199-7728
Phone: 617-439-9800