UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 15 CV 12939LTS

| | |
|---|---|
| METROPOLITAN PROPERTY AND | ) |
| CASUALTY INSURANCE COMPANY AND | ) |
| THE COMMERCE INSURANCE COMPANY | ) |
|     Plaintiffs and Counterclaim-Defendants | ) |
| | ) |
| v. | ) |
| | ) |
| SAVIN HILL FAMILY CHIROPRACTIC, INC.; | ) |
| LOGAN CHIROPRACTIC, INC.; AND | ) |
| LAW OFFICES OF JEFFREY S. GLASSMAN, LLC; | ) |
|     Defendants and Counterclaim-Plaintiffs | ) |
| | ) |
| and | ) |
| | ) |
| METRO COACH, INC.; | ) |
| JEFFREY S. GLASSMAN, ESQ.; BRANDY SOTO; | ) |
| HEGER ASENJO; KENNETH RAMOS; | ) |
| TONY RAMOS; WILLIAM HERNANDEZ; | ) |
| RICHARD MCGOVERN, D.C.; | ) |
| MARSELLA IMONTI, D.C.; ALLISON ROBIN, D.C.; | ) |
| CHARLES RONCHETTI, D.C.; TARA O'DESKY, D.C.; | ) |
| ARISMENDY RAMOS; MAXIMO SOTO; | ) |
| APRIL STEWART; TANISHA RAMOS; | ) |
| AND KARLA MENDOZA | ) |
|     Defendants | ) |

**JOINT STATUS REPORT OF THE PARTIES PER THE COURT'S RULING DOCUMENT NUMBER 1235 AS TO PROGRESSIVE'S MOTION FOR EXTENSION OF TIME, DOCUMENT NUMBER 1233**

    The parties have this day conferred and submit the following joint status report.

1. Counsel for the Law Office of Jeffrey Glassman assents to an extension of time up to and including April 12, 2019 for Progressive to comply with the court's order of production, without prejudice for Progressive to Request an additional one week extension prior to April 12, 2019.

2. Counsel for Jeffrey Glassman produced an e-mail document between Progressive and Metropolitan from January 2015, which did not come up in Progressive's search for

    documents. It is not readily apparent why this e-mail was not identified in Progressive's search and produced so Progressive is requesting additional time to determine why this document was not discovered. <u>See</u> Affidavit of Carroll D. Coletti.

3. Therefore, the parties respectfully request that the court enter a preliminary order extending the time for Progressive to produce documents responsive to the court's order up to and including April 12, 2019, without prejudice to Progressive's right to request a further one week extension to April 21, 2019 if necessary.

<u>/s/ Carroll D. Coletti</u>
Carroll D. Coletti, BBO 551 271
Attorney for Progressive Insurance
Lynch & Lynch
45 Bristol Drive
South Easton, MA 02375
(508) 230-2500
ccoletti@lynchlynch.com

LAW OFFICES OF JEFFREY S. GLASSMAN, LLC

<u>/s/ *Peter J. Duffy*</u>
Barry S. Pollack  BBO #642064
Peter J. Duffy  BBO #566682
POLLACK SOLOMON DUFFY LLP
101 Huntington Avenue Suite 530
Boston, MA 02199
617-439-9800 (Tel)
bpollack@psdfirm.com

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants upon receipt of notification of same from the court.

/s/ Carroll D. Coletti
Carroll D. Coletti, BBO 551 271
Attorney for Defendant
Lynch & Lynch
45 Bristol Drive
South Easton, MA 02375
(508) 230-2500
ccoletti@lynchlynch.com
