UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY,<br>    Plaintiff,<br><br>v.<br><br>SAVIN HILL FAMILY CHIROPRACTIC, INC., et al.<br>    Defendants. | CIVIL ACTION NO. 1:15-cv-12939-LTS |

**MOTION TO WITHDRAW APPEARANCE OF COUNSEL**

Pursuant to Local District Rule 83.5.2(c), the undersigned counsel, Hugh C.M. Brady, Esq. and the Law Firm of Smith & Brink, P.C., respectfully request leave to withdraw as counsel for non-parties, Government Employee Insurance Company and GEICO General Insurance Company (collectively, "GEICO") in the above-captioned matter. As grounds for this motion, Smith & Brink, P.C. state that James L. Tuxbury, Esq., Tara A. Singh, Esq. and the law firm Hinckey, Allen, & Snyder, LLP have filed appearances and will be representing GEICO in this matter moving forward. Counsel for the Law Offices of Jeffrey Glassman have indicated they do not oppose this motion as described in the required Rule 37.1 certification. As such, there will be no prejudice to any party given the requested withdrawal.

WHEREFORE, Hugh C.M. Brady and the law firm of Smith & Brink, P.C. respectfully request that the Court grant the Motion to Withdraw as set forth above.

Respectfully Submitted,

*/s/ Hugh C.M. Brady, Esq.*

Hugh C.M. Brady (BBO# 682464)
hbrady@smithbrink.com
Smith & Brink, P.C.
350 Granite Street, Suite 2303
Braintree, MA 02184
Phone: 617-770-2214
Fax: 617-774-1714

Date: April 22, 2019

## **LOCAL RULE 37.1 CERTIFICATE**

I certify that on or about April 22, 2019, in compliance with Local Rule 37.1, I attempted to confer with counsel for the Law Offices of Jeffrey Glassman and have attempted in good faith to resolve or narrow the issues that are the subject of this motion and counsel for the Law Offices of Jeffrey Glassman do not oppose the subject motion provided that replacement of counsel will not be used as a basis for delay moving forward.

*/s/ Hugh C.M. Brady*
Hugh C.M. Brady

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2019, a true copy of the above-document, filed through the ECF system, will be served electronically through the ECF system on the registered participants as identified on the Notice of Electronic Filing.

*/s/ Hugh C.M. Brady*
Hugh C.M. Brady, Esq.