UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 1:15-CV-12939-LTS

| | |
|---|---|
| METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, and THE COMMERCE INSURANCE COMPANY,<br>    Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>SAVIN HILL FAMILY CHIROPRACTIC, INC., et als.,<br>    Defendants,<br><br>and<br><br>LAW OFFICES OF JEFFREY S. GLASSMAN LLC,<br>    Defendant/Counterclaim Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF/COUNTERCLAIM-DEFENDANT METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY'S STATUS REPORT WITH RESPECT TO RECENTLY DISCOVERED DISCOVERY ISSUE**

NOW COMES Plaintiff/Defendant-in-Counterclaim, Metropolitan Property and Casualty Insurance Company, and hereby provides the Court with the instant status report with respect to the recently disclosed issue concerning the collection of certain emails during Metropolitan's implementation of its search protocols, as Metropolitan represented to the Court in its Opposition to the Glassman Law Office's Motion to Enforce the Order Dated March 15, 2019 (Doc. No. 1205) and to Preclude the Plaintiffs from Presenting Evidence and/or Making Comments About Their SIU Departments (Doc. No. 1302 at 9). In further disclosure of the issues surrounding Metropolitan's initial collection of certain emails to conduct required searches under the search protocol agreed to by the Plaintiffs and the Glassman Defendants, Metropolitan attaches the Declaration of John Bonnet, Director of Litigation Support at Metropolitan Life Insurance Company, attached hereto as **Exhibit A**.

        Respectfully submitted,
        By the Plaintiff/Defendant-in-Counterclaim,
        Metropolitan Property and Casualty
        Insurance Company
        By its attorneys,

        /s/ Nicholas J. Pompeo
        Glenda H. Ganem
        BBO No. 564374
        gganem@mhg-pc.com
        Peter R. Houston
        phouston@mhg-pc.com
        BBO No. 681915
        Nicholas J. Pompeo
        npompeo@mhg-pc.com
        BBO No. 682361
        McGovern, Houston & Ganem, P.C.
        21 Merchants Row, 4th Floor
        Boston, MA 02109
        (617) 723-1444

Dated: May 1, 2019

## CERTIFICATE OF SERVICE

    I, Nicholas J. Pompeo, Esq., attorney for Plaintiff/Defendant-in-Counterclaim Metropolitan Property and Casualty Insurance Company, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and/or served in compliance with the Fed.R.Civ.P.

        /s/ Nicholas J. Pompeo
        Nicholas J. Pompeo, Esq.

Dated: May 1, 2019