# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, and THE COMMERCE INSURANCE COMPANY,<br><br>*Plaintiffs*,<br><br>v.<br><br>SAVIN HILL FAMILY CHIROPRACTIC, INC., et al.,<br><br>*Defendants*. | Civil Action No. 1:15-cv-12939-LTS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Metropolitan Property and Casualty Insurance Company ("Metropolitan") and The Commerce Insurance Company, and Defendants Savin Hill Chiropractic, Inc., Logan Chiropractic, Inc., Law Offices of Jeffrey S. Glassman, LLC, Metro Coach, Inc., Jeffrey S. Glassman, Brandy Soto, Heger Asenjo, William Hernandez, Richard McGovern, Marsella Imonti, Allison Robin, Charles Ronchetti, Tara O'Desky, Arismendy Ramos, Maximo Soto, April Stewart, Tanisha Ramos, Kenneth Ramos, Tony Ramos, and Karla Mendoza (collectively, the "Parties") hereby stipulate as follows:

1. The Parties stipulate to the dismissal with prejudice of this action in its entirety, including as to all claims and counterclaims, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and a Settlement Agreement between the Parties, with each Party to bear its, his or her own attorneys' fees and costs.

Dated: June 26, 2019               Respectfully submitted,

/s/ William D. Dalsen
William D. Dalsen (BBO #689334)
Lucy C. Wolf (BBO #699123)
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110
Telephone: (617) 526-9600
Fax: (617) 526-9899
wdalsen@proskauer.com
lwolf@proskauer.com

Joseph Baumgarten (admitted *pro hac vice*)
Lloyd B. Chinn (admitted *pro hac vice*)
Hadassa R. Waxman (admitted *pro hac vice*)
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
jbaumgarten@proskauer.com
lchinn@proskauer.com
hwaxman@proskauer.com

Joseph C. O'Keefe (admitted *pro hac vice*)
PROSKAUER ROSE LLP
One Newark Center, 18th Floor
Newark, NJ 07102
(973) 274-3290
jokeefe@proskauer.com

*Attorneys for Plaintiff Metropolitan Property and Casualty Insurance Company*

/s/ Glenda H. Ganem
Glenda H. Ganem
BBO No. 564374
gganem@mhg-pc.com
Peter R. Houston
phouston@mhg-pc.com
BBO No. 681915
Nicholas J. Pompeo
npompeo@mhg-pc.com
BBO No. 682361
McGovern, Houston & Ganem, P.C.

21 Merchants Row, 4th Floor
Boston, MA 02109
(617) 723-1444

*Attorneys for Plaintiff The Commerce Insurance Company*

/s/ *Barry S. Pollack*            k
Barry S. Pollack BBO #642064
Peter J. Duffy BBO #566682
POLLACK SOLOMON DUFFY LLP
133 Federal Street, Suite 902
Boston, MA 02110
617-439-9800 (Tel)
617-960-0490 (Fax)
bpollack@psdfirm.com

*Attorneys for the Law Offices of Jeffrey S. Glassman*

/s/ *Edward C. Cooley*            y
Edward C. Cooley (BBO # 550117)
Giarusso, Norton, Cooley & McGlone
308 Victory Road
Quincy, MA 02171
617-770-2900
Fax: 617-773-6934
Email: ecooley@gncm.net

*Attorneys for Jeffrey S. Glassman*

/s/ *Karen A. Pickett*
Karen A. Pickett (BBO# 633801)
Pickett Law Offices, PC
125 High Street, 26th Floor
Boston, MA 02110
(617) 423-0485
kpickettlaw@gmail.com

*Attorneys for Brandy Soto*

/s/ *Kristen Schuler Scammon*
Kristen Schuler Scammon (BBO# 634586)
Torres, Scammon, Hincks & Day, LLP
35 India Street
Boston, MA 02110
(617) 206-4893

3

(617) 307-4427 (fax)
kscammon@tshdlegal.com

*Attorneys for Heger Asenjo*

*/s/ Christopher M. Cervantes*
Christopher M. Cervantes (BBO#: 694813)
Cervantes Law
100 State Street, Suite 900
Boston, MA 02109
617-997-4425
Email: cmc@ccervanteslaw.com

*Attorneys for Savin Hill Chiropractic, Inc. and Logan Chiropractic, Inc.*

*/s/ Kenneth I. Gordon*
Kenneth I. Gordon (BBO# 556762)
Gordon Law Office, LLC
100 Beacon Street
Boston, MA 02114
(617) 742-4602
kgordon@gordonlawoffice.com

*Attorneys for William Hernandez, Maximo Soto, Arismeny Ramos, Tanisha Ramos, April Stewart and Karla Mendoza*

*/s/ Jeremy T. Robin*
Jeremy T. Robin
P.O. Box 146727
Boston, MA 02114
(617) 227-0838
BBO #629107
jeremyrobin@jtrobinlaw.com

*Attorneys for Richard McGovern, Marsella Imonti, Allison Robin, Charles Rochetti and Tara O'Desky*

*/s/ Kenneth Ramos*
Kenneth Ramos, *pro se*

*/s/ Anthony Ramos*
Anthony Ramos, *pro se*

4

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 26, 2019, the foregoing was filed electronically with the clerk of Court, to be served upon counsel of record by operation of the Court's electronic filing system.

                                              */s/ William D. Dalsen*
                                              William D. Dalsen